## EDUARDO MARTINEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Eduardo Martinez' petition for certification for appeal from the Appellate Court, 105 Conn. App. 65 (AC 27798), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

Decided January 31, 2008